1  THOMAS M. MCINERNEY, CA State Bar No. 162055
   tmm@ogletreedeakins.com
2  OWEN S. DALLMEYER, CA State Bar No. 287250
   owen.dallmeyer@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6

7  Attorneys for Defendants
   BECHTEL CONSTRUCTION COMPANY and
   BECHTEL CORPORATION
8

9  MICHAEL H. KIM, CA State Bar No. 200792
   michaelhkimla@gmail.com
10 MICHAEL H. KIM, P.C.
   475 El Camino Real, Suite 309
11 Millbrae, CA 94030
   Telephone:    650.697.8899
12 Facsimile:    650.697.8896

13 Attorney for Plaintiff
   DANNY KELLER
14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18 | DANNY KELLER, | Case No. 3:13-cv-05915-TEH |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF THE MARCH 31, 2014 INITIAL CASE MANAGEMENT CONFERENCE (AND ~~PROPOSED~~ ORDER)** |
| v. | |
| BECHTEL CONSTRUCTION COMPANY; BECHTEL CORPORATION; and DOES 1 through 100. | Complaint Filed: October 28, 2013<br>Trial Date: None Set |
| Defendants. | Judge: Hon. Thelton E. Henderson<br>Time: 1:30 p.m.<br>Location: Courtroom 12<br>U.S. District Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Case No. 3:13-cv-05915-TEH
JOINT STIPULATION FOR CONTINUANCE OF 3.31.14 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

Defendants Bechtel Construction Company and Bechtel Corporation (collectively, the "Defendants") and Plaintiff Danny Keller ("Plaintiff") (collectively, the "Parties") respectfully submit this Stipulation For Continuance Of The March 31, 2014 Initial Case Management Conference in this action.

WHEREAS, the Initial Case Management Conference is currently scheduled for March 31, 2014;

WHEREAS, lead counsel of record for Defendants has a previously scheduled case management conference in another matter at 11 a.m. on March 31, 2014, before the United States District Court for the Central District of California, before the Honorable Jesus G. Bernal.

WHEREAS, counsel of record for Plaintiff has an April 2014 trial.

WHEREAS, the Parties believe it is appropriate to continue the initial case management conference, to accommodate Defendants' counsel's conflict and to allow the Parties sufficient time to meaningfully meet and confer on all topics required by Federal Rules of Civil Procedure, the Civil Local Rules, and the Court's standing order.

THEREFORE, IT IS HEREBY STIPULATED between the Parties through their respective counsel of record, a joint request for continuance of the Initial Case Management Conference to May 12, 2014, or such other date available to the Court, and if the Initial Case Management Conference is continued, all other deadlines associated with the date of the initial case management conference will be continued accordingly.

DATED:  March 6, 2014					OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


							By: /s/ Thomas M. McInerney
							      Thomas M. McInerney
							      Owen S. Dallmeyer

							Attorneys for Defendants
							BECHTEL CONSTRUCTION COMPANY and
							BECHTEL CORPORATION

DATED:  March 6, 2014               MICHAEL H. KIM, P.C.

                                    By:  /s/ Michael H. Kim
                                         Michael H. Kim

                                    Attorney for Plaintiff
                                    DANNY KELLER

### [~~PROPOSED~~] ORDER

Good cause appearing based on the foregoing Stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference in this action currently scheduled for March 31, 2014 is VACATED.

The Initial Case Management Conference in this action shall be held on May 12, 2014 at 1:30 p.m. in Courtroom 12 of this Court.

The Initial Case Management Conference and Rule 26 deadlines will be continued accordingly.

Dated: 03/10, 2014

_____
Honorable
UNITED STATES DISTRICT JUDGE

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

17290233.1