THOMAS M. MCINERNEY, CA State Bar No. 162055
tmm@ogletreedeakins.com
OWEN S. DALLMEYER, CA State Bar No. 287250
owen.dallmeyer@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendants
BECHTEL CONSTRUCTION COMPANY and
BECHTEL CORPORATION

MICHAEL H. KIM, CA State Bar No. 200792
michaelhkimla@gmail.com
MICHAEL H. KIM, P.C.
475 El Camino Real, Suite 309
Millbrae, CA 94030
Telephone:   650.697.8899
Facsimile:   650.697.8896

Attorney for Plaintiff
DANNY KELLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY KELLER,<br><br>      Plaintiff,<br><br>      v.<br><br>BECHTEL CONSTRUCTION COMPANY;<br>BECHTEL CORPORATION; and DOES 1<br>through 100,<br><br>      Defendants. | Case No. 3:13-cv-05915-TEH<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1) AND [PROPOSED] ORDER**<br><br>Complaint Filed:   October 28, 2013<br>Trial Date:   May 12, 2015 |

Case No. 3:13-cv-05915-TEH
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1) AND [PROPOSED] ORDER

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 11, 2014                     /s/ Michael H. Kim
                                                                  Michael H. Kim
                                                                  Counsel for Plaintiff
                                                                  Danny Keller

Dated: November 11, 2014                     /s/ Thomas M. McInerney
                                                                  Thomas M. McInerney
                                                                  Counsel for Defendants
                                                                  Bechtel Construction Company and
                                                                  Bechtel Corporation

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  November 11, 2014                    By:  /s/ Thomas M. McInerney
                                                                  Thomas M. McInerney

1  **[~~PROPOSED~~] ORDER**

2      The Court having read and considered the foregoing request and stipulation, and with good

3  cause appearing, this action is dismissed with prejudice.

4      IT IS SO ORDERED

7  DATED: _____11/12_____, 2014

8  THE HONORABLE THELTON E. HENDERSON
   JUDGE OF THE UNITED STATES
9  DISTRICT COURT

*Judge Thelton E. Henderson*

19379040.